**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-1618

_____

GINA DEVASAHAYAM,

          Plaintiff – Appellant,

     v.

PAUL S. HOFFMAN; UNIVERSITY OF VIRGINIA,

          Defendants - Appellees.

_____

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.   B. Waugh Crigler,
Magistrate Judge.  (3:12-cv-00037-BWC)

_____

Submitted:  July 26, 2013            Decided:  August 1, 2013

_____

Before SHEDD and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gina  Devasahayam,  Appellant  Pro  Se.   Alison  Paige  Landry,
UNIVERSITY  OF  VIRGINIA,  Charlottesville,  Virginia,  for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gina Devasahayam appeals the magistrate judge's order[*] granting summary judgment on her claims of gender and national origin discrimination, sexual harassment, and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm the magistrate judge's order and deny as moot Devasahayam's motion to expedite the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

[*] The parties consented to the exercise of dispositive jurisdiction by a magistrate judge pursuant to 28 U.S.C. § 8636(c) (2006).